Dismissed and Memorandum Opinion filed September 6, 2007









 

Dismissed and Memorandum Opinion filed September 6,
2007.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-07-00372CR

____________

 

RONALD ERNESTO
CASTILLO, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
184th District Court

Harris County, Texas

Trial Court Cause No.
1089180

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 








Judgment rendered
and Memorandum Opinion filed September 6, 2007.

Panel consists of
Chief Justice Hedges, Justices Yates and Frost.

Do not publish C Tex.
R. App. P. 47.2(b).